JASON GRANT GARZA
1369 B Hayes Street
San Francisco, CA 94117
Telephone: (415) 922-7781

Plaintiff in Propria Persona
JASON GRANT GARZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON GRANT GARZA, | Case No.: 15-cv-03297-WHO |
| Plaintiff, | ORDER GRANTING VOLUNTARY DISMISSAL |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, SAN FRANCISCO GENERAL HOSPITAL, et al., | |
| Defendants. | |

The plaintiff herein, Jason Grant Graza, having requested a voluntary dismissal without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and there being no reason why such request should not be granted;

IT IS HEREBY ORDERED, that the action is DISMISSED.

Dated: December 15, 2015

By: _____
Judge William H. Orrick

Order for Voluntary Dismissal